IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NOAH V. JOHNSON, III**                                                 **PLAINTIFF**
a/k/a Noah Johnson, Jr.

v.            CASE NO. 3:23-CV-00150-BSM

**MARCUS JOHNSON**                                                    **DEFENDANT**

## ORDER

Noah Johnson's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice because he failed to submit the required certificate and calculation sheet. *See* 28 U.S.C. § 1915(a)(2). Johnson is directed to either pay the $402 filing fee or file a complete *in forma pauperis* application within thirty days, or his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The clerk is directed to mail Johnson an IFP application, including certificate and calculation sheet, along with a copy of this order and a copy of the docket sheet.

IT IS SO ORDERED this 6th day of July, 2023.

                                                              /s/ Brian S. Miller
                                                            UNITED STATES DISTRICT JUDGE