IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH V. JOHNSON, III                                                                         PLAINTIFF
a/k/a Noah Johnson, Jr

v.                              CASE NO. 3:23-CV-00150-BSM

MARCUS JOHNSON                                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

DATEd this 3rd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE